AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

United States Magistrate Court
DSC-SDTX
FILED
24 2014 2B
David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.

Jesse Brent MORENO
Laredo, Texas

**CRIMINAL COMPLAINT**

Case Number: 5:14mj1358

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Between **September 2013 and September 2014** in **Webb** County, in the **Southern** District of **Texas** defendant did,

(Track Statutory Language of Offense)

Knowingly possessed, received and distributed visual depictions using any means and facility of interstate and foreign commerce and that have been mailed, and have been shipped and transported in and affecting interstate and foreign commerce, and which contain materials which have been mailed and so shipped or transported, by any means including a computer, and the producing of visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

in violation of Title **18** United States Code, Section(s) **2252, 2252(a)(2)**.

I further state that I am a(n) **Special Agent, U.S. Homeland Security Investigations** and that this complaint is based on the following facts:

See Attachment A

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Timothy O'Leary
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 24, 2014                                at    Laredo, Texas
Date                                                  City and State

Diana Song Quiroga, U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

**ATTACHMENT A**

I am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On October 17, 2014, Homeland Security Investigations (HSI) Laredo, Texas Special Agents initiated an investigation based on received information from the Webb County Sheriff's Office (WCSO) that an individual living at                    Laredo, Texas, was in possession of child pornography.

2. On October 22, 2014, at approximately 1915 hours, Agents, with assistance of other state, local, and federal agencies, executed a federal search warrant on                    Laredo, Texas. During the service of the warrant, agents encountered Jesse Brent MORENO at the residence.

3. At approximately 1930 hours, agents advised MORENO of his Miranda Rights in the English language. MORENO acknowledged his rights and agreed to speak to agents without the presence of an attorney.

4. MORENO stated that approximately every few months for approximately the last year, MORENO would utilize the internet to download child pornography to a desktop computer located within his home. MORENO further identified to agents which computer in his home was utilized to download child pornography.

5. MORENO also stated he knew that child pornography videos were illegal.

6. HSI Laredo Special Agents arrested MORENO and transported him to the Webb County jail without incident.